**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Terrence TAYLOR, Defendant–**
**Appellant.**

**No. 08–13153**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 3, 2009.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Grady Charles Irvin, Jr., Irvin Law Firm, L.L.C., Tampa, FL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and HULL, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr., counsel for Terrence Taylor, has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taylor's conviction and sentence are **AFFIRMED.**